IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES ELWOOD SMITH**  **PLAINTIFF**
ADC #121300

v. Case No. 4:22-cv-00116-LPR

**PAULA SETTLES, et al.**  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendant Jeffrey Jerry on Mr. Smith's Fourteenth Amendment procedural due process claims, and that all other claims are dismissed without prejudice.

IT IS SO ADJUDGED this 12th day of May 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE